■ PAN AMERICAN WORLD AIRWAYS, INC., et al., Petitioners, v NEW YORK STATE HUMAN RIGHTS APPEAL BOARD, Respondent. — Order, the State Human

Rights Appeal Board, dated February 8, 1982, unanimously confirmed, without costs and without disbursements, and the motion to strike the brief and supplemental record granted, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Milonas, JJ.